IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE HILL**  **PLAINTIFF**
**ADC #104136**

v.  **CASE NO. 4:20-CV-00744-BSM**

**JAMES GIBSON,** *et al.*  **DEFENDANTS**

### ORDER

Jessie Hill's motion to proceed *in forma pauperis* [Doc. No. 1] is denied. His motions [Doc. Nos. 3, 4] are denied as moot.

Hill has received at least three strikes under PLRA. *See Hill v. Kelley*, 5:18-CV-00219-JLH (E.D. Ark filed August 24, 2018)*; Hill v. Kelley*, 5:16-CV-00277-JLH (E.D. Ark. filed September 7, 2016); *Hill v. Kelley*, 5:16-CV-00258-JLH ( E.D. Ark. filed August 15, 2016). Based on the allegations in his complaint [Doc. No. 2], it does not appear that Hill is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. If Hill would like to continue with this case, he must first pay the filing fee of $402 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 4th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE