**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JESSIE HILL**                                                                          **PLAINTIFF**
**ADC #104136**

**v.**                                        **CASE NO. 4:20-CV-00744-BSM**

**JAMES GIBSON,** *et al.*                                                    **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE